# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN RICHARDSON,**
                **Plaintiff,**

**-vs-**                                                                    **Case No. 6:08-cv-630-Orl-19DAB**

**HERBERT THOMPSON FUNERAL HOME, INC. ,**
                **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on referral from the Presiding District Judge in this Fair Labor Standards Act case (Doc. No. 27). Upon review of the recent filing (Doc. No. 32), it appears that the parties have agreed to dispose of this case by having Plaintiff enter a plea agreement in which Plaintiff has pled nolo contendere to grand theft charges relating to his employment, and by voluntarily dismissing the case, with prejudice. According to the agreement, no damages are due Plaintiff, nor are there any attorney's fees due Plaintiff's counsel. As Plaintiff has voluntarily dismissed this action (Doc. No. 26), and it appears that no damages are due to be awarded and no compromise of a bona fide disputed FLSA claim is presented, it is **respectfully recommended** that the Court close the case in conjunction with the voluntary dismissal.

The fairness hearing previously set for **Wednesday December 3, 2008** is hereby **cancelled.**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 2, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy