**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KEVIN RICHARDSON,

    Plaintiff,

vs.                                                CASE NO. 6:08-CV-630-ORL-19DAB

HERBERT THOMPSON FUNERAL
HOME, INC.,

    Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 33, filed December 2, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 33) is **ADOPTED and AFFIRMED.** Plaintiff voluntarily dismissed this action at Doc. No. 26 (filed October 30, 2008). This case is hereby **DISMISSED WITH PREJUDICE**, and the Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this    15th    day of December, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record